Motion GRANTED.
Revocation Hearing RESET for 11/21/12 at 11:00 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the defendant, Chadwick McElhaney, through counsel, and respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for Friday, October 19, 2012, at 10:00 a.m. The basis for this motion is that there are some collateral state court proceedings that will not be concluded prior to the date scheduled for the revocation hearing. Undersigned counsel has been informed that one of the state proceedings is set to occur on October 30, 2012. Undersigned counsel needs time to determine the outcome of that proceeding prior to proceeding with the revocation hearing in this case.

Counsel for the government has been contacted and has no objection to a continuance of this matter. Additionally, United States Probation Officer Karen Webb has been contacted and likewise, has no objection to continue the revocation hearing for the reasons stated.

**WHEREFORE**, for the reasons stated herein it is respectfully requested that the Court continue the revocation hearing for a period of at least one month so that the state proceedings may be concluded and a determination may be made as to a resolution of the revocation proceedings in this matter.