# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:07-00003 |
| | ) | Judge Trauger |
| CHADWICK MCELHANEY | ) | |
| | ) | |

## ORDER

It is hereby **ORDERED** that the revocation hearing scheduled for January 4, 2013 is RESET for Tuesday, January 8, 2013, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge