Motion GRANTED. Hearing reset for 2/4/13 at 1:00 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

### MOTION TO CONTINUE REVOCATION HEARING

Comes now the defendant, by and through counsel, and respectfully moves this Honorable Court to continue the Revocation Hearing, which is currently scheduled for Tuesday, January 8, 2013, at 10:00 a.m. Counsel would show that he has not had the full opportunity to determine disposition of the state cases which forms the basis of the revocation proceedings. Additionally, counsel has been out of the district and has not had the full opportunity to review and consult with Mr. McElhaney. Finally, undersigned counsel has been advised that Mr. McElhaney was in an inpatient treatment program at the request of the United States Probation Office.

The undersigned has consulted with Assistant United States Attorney Hilliard Hester, III, who has no objection to a continuance of this matter for a period of at least three (3) weeks.

**WHEREFORE**, for the reasons stated herein it is respectfully requested that the Court continue the revocation hearing in this matter of at least three (3) weeks.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL
Assistant Federal Public Defender
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Chadwick McElhaney