# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 2:07-00003 |
| ) | Judge Trauger |
| CHADWICK MCELHANEY ) | |
| ) | |

## O R D E R

A hearing was held on February 4, 2013 on the Superseding Petition to Revoke Supervision (Docket No. 54). The parties announced a proposed agreed disposition, which the court will accept.

The defendant pleads guilty to Violations Number 3 and 5 of the Superseding Petition, and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to time served, to be followed by an additional supervised release term of two years. The conditions will be the same as presently in place, with the exception that the first 12 months of supervision, beginning as soon as practicable, shall be on home detention. While on home detention, the defendant is required to remain in his residence at all times except for approved absences for gainful employment, community service, religious services, medical care or treatment needs and such other times as may be specifically authorized by the United States Probation Office. Home confinement shall be without electronic monitoring until and unless the Probation Office considers it advisable to be instituted.

It is so **ORDERED**.

ENTER this 4th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge