**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:07-00003 |
| | ) | Judge Trauger |
| CHADWICK MCELHANEY | ) | |
| | ) | |

# O R D E R

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 69) shall be held on Monday, June 24, 2013, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 13th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge