UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

> **Motion GRANTED. Hearing reset for 10/9/13 at 1:30 p.m.**
> *[signature]*

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 2:07-00003 |
| | ) | JUDGE TRAUGER |
| CHADWICK MCELHANEY | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Chadwick McElhaney, through counsel, respectfully moves this Honorable Court to continue the revocation hearing currently scheduled for **Thursday, October 3, 2013, at 1:30 p.m.** (D.E. 81). The basis for this motion is that the parties have been advised that Mr. McElhaney's state case, which forms the basis for the revocation petition, has been reset for settlement day in Williamson County on October 7, 2013. The allegations against Mr. McElhaney in state court and before this Court are substantially the same. The parties believe it would be beneficial to determine the outcome of the state matter before proceeding with the hearing in the instant matter.

Assistant U.S. Attorney Hilliard H. Hester and U.S. Probation Officer Amanda M. Russell have been contacted and agree that it is prudent to await the outcome of the state matters before proceeding with the instant revocation hearing. Accordingly, they have no objection to this request.